

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julieann E. Peters | Civil Action No.   22-cv-01316-MMP |
| Plaintiff, | |
| V. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court REVERSES the final decision of the Commissioner of Social Security dated December 1, 2021 and REMANDS the matter for further administrative proceedings consistent with this opinion pursuant to sentence four of 42 U.S.C. § 405(g). Accordingly, the Court GRANTS Plaintiff's opening brief, ECF No. 22, and DENIES Defendant's responsive brief, ECF No. 28. Judgment is entered and case is closed.

Date:   3/29/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ R. Contreras

R. Contreras, Deputy